IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–3–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| AKIA DEMETRIUS HILLS, | |
| Defendant. | |

Before the Court is Defendant Akia Demetrius Hills's Unopposed Motion to Enlarge Time to File Pretrial Motions.  (Doc. 13.)  Defendant requests that the Court continue the March 15, 2024 deadline to file pretrial motions to March 25, 2024.  (*Id.* at 1.)  The United States does not oppose.  (*Id.* at 2.)

Accordingly, IT IS ORDERED that the Motion (Doc. 13) is GRANTED. The pretrial motion deadline currently set for March 15, 2024, is hereby VACATED and RESET for March 25, 2024.

DATED this 14th day of March, 2024.

1

Dana L. Christensen, District Judge
United States District Court